# Court of Appeals
# of the State of Georgia

ATLANTA,  July 15, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1406. ANTHONY XAVIER ABADIE-WALTERS v. THE STATE.**

In December 2018, a jury found Anthony Xavier Abadie-Walters guilty of trafficking methamphetamine. Abadie-Walters did not file a timely appeal. On March 6, 2019, Abadie-Walters filed a "Motion to Allow Filing of Out of Time Motions," seeking permission to file an out-of-time motion for new trial. On March 26, 2019, the trial court construed the motion as a motion for an out-of-time appeal, which the trial court granted. Abadie-Walters then filed several amended motions for new trial. The trial court denied the motion for new trial in November 2021, but then vacated that order in March 2022. In April 2022, the trial court entered a new order denying the motion for new trial. Abadie-Walters now appeals. We lack jurisdiction.

The Georgia Supreme Court recently eliminated the judicially created out-of-time-appeal procedure in trial courts. *Cook v. State*, 313 Ga. 471, 505-506 (5) (870 SE2d 758) (2022) (applying the holding "to all cases that are currently on direct review or otherwise not yet final"). Abadie-Walters, therefore, "had no right to file a motion for an out-of-time appeal in the trial court; his remedy, if any, lies in habeas corpus." *Rutledge v. State*, 313 Ga. 460, 461 (870 SE2d 720) (2022). Rather than granting Abadie-Walters' March 6, 2019 motion for out-of-time appeal, the trial court should have dismissed it. See id.

The trial court's March 26, 2019 order granting Abadie-Walters' motion for out-of-time appeal is hereby VACATED, and this case is REMANDED to the trial court, which is DIRECTED to enter an order dismissing the motion for an out-of-time

appeal and to vacate any subsequent rulings on filings where the court's jurisdiction to enter those rulings was based on the granted out-of-time appeal.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __07/15/2022__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____, *Clerk.*